IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Frederick Owens
Full name and prison number
of plaintiff(s)

v.

Sheriff Lawten Armstrong (Ind. Cap et al.
Clinton Law " Ind. Capacity
Mark Jones " Ind Cap.
Troy Silva     Ind. Cap.
Ala. dept. forensic Sciences.
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:09-CV-607-TD-CSC
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action?  YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment?  YES ( )  NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____N/A_____

         Defendant(s) _____N/A_____

      2. Court (if federal court, name the district; if
         state court, name the county) ___None___

3. Docket number ___None___

4. Name of judge to whom case was assigned ___None___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT ___Fountain Correctional P.O. Box 3800 Atmore Al, 36503___

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED ___101 W. Court Sq Suite G 585-3131 Abbeville al 36310___

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Lawton E. Armstrong | 101 W. court Sq. Suite G 585-3131 Abbeville al |
| 2. | Mark Jones | — Headland Al, 36345 |
| 3. | Troy Silva | — Henry County Abbeville al, 36310 |
| 4. | Lawton Little | — Houston County Dothan al 36303 |
| 5. | Dept of forensic Sciences, 207 North Cherry St. Dothan al, 36303 | |
| 6. | Clinton Law | — Mobile (police dept |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ___On or about Mar. 14th or thereof Dan blalock Jr, Mr Hedeen___

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ___Sheriff Armstrong, Clinton Law Mark Jones Troy Silva, Ala, dept forensic Science Violated my___

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

14th amend U.S.C.A for False imprison and Destroying Physical Evident C a Video with a drug Trans Action which Could Have proven Him Innocent, these Individuals Cause mental Anguish To the plaintiff All of them Conspired To put Mr Owens Away

GROUND TWO: the plaintiff Has Been violated And held Captured By Lawton Armstrong in the County

SUPPORTING FACTS: Jail where he Recieve cruel and Unusual punishment, All the Evidents Against him WAS planted To Destroy the Carature And To Make his Ability to gain his Neighborhood respect The Racial profiling is that the Ala. dept of Forensic Destroyed the physical evidents And

GROUND THREE: With held The true So he could Be free the Arresting officers Showed very

SUPPORTING FACTS: Dangerous physical, and verb abuse Cause this plaintiff Job, Relationship Break up And Break down the Henry County drug Task force is Liable for this But in individual Capacity the plaintiff feel free from unjust punishment And this fear Have Him Afraid for His Life

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

each Indivinal To pay One Million in Damage's for false Imprisonment, Defamation of Character, Racial profiling in the Amount of Five Million for Mental Anguish

_Frederick Owens_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 24th 2009.
(Date)

_Frederick Owens_
Signature of plaintiff(s)

4

Frederick Owens #
P.O. Box 3800 G101 B
Atmore Al, 36503

LEGAl MAIL

In THE UNITED states Dist
Court For the Middle
Dist.
P.O. Box 711
MontGomery Al. 36101-0711

